IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       :
                                :
                                : CRIMINAL NO. 1:09-CR-0079-01
   v.                           :
                                :    (Judge Caldwell)
ROGER SEDLAK,                   :
         Defendant              :
                                :

*O R D E R*

      AND NOW, this 31st day of January, 2017, based on the accompanying memorandum, it is ordered that:

      1. Defendant's motion (Doc. 486) to amend his 2255 motion is dismissed for lack of jurisdiction as an attempt to file a second or successive 2255 motion.

      2. A certificate of appealability is denied.

                                  /s/William W. Caldwell
                                  William W. Caldwell
                                  United States District Judge