IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, :
:
: CRIMINAL NO. 1:09-CR-0079-01
v. :
: (Judge Caldwell)
ROGER SEDLAK, :
       Defendant :
:

*O R D E R*

AND NOW, this 10th day of May, 2017, it is ordered that Defendant's motion (Doc. 493) to vacate his conviction and sentence is dismissed for lack of jurisdiction.

                                                /s/ William W. Caldwell
                                                William W. Caldwell
                                                United States District Judge