# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:09-cr-0079-1 |
| v. | : | Hon. John E. Jones III |
| ROGER SEDLAK, | : | |
| Defendant. | : | |

## ORDER

**June 20, 2018**

Upon consideration of defendant Roger Sedlak's "motion to vacate initial habeas decision pursuant to Rule 60(b)," (Doc. 525), and based on the accompanying memorandum, it is **ORDERED** that the motion (Doc. 525) is **DENIED**.

s/ John E. Jones III
John E. Jones III
United States District Judge
