# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:09-cr-0079-1 |
| v. | : | Hon. John E. Jones III |
| ROGER SEDLAK, | : | |
| Defendant. | : | |

# ORDER

## June 20, 2018

Upon consideration of defendant Roger Sedlak's motion (Doc. 522) to amend the sentencing order, and based on the accompanying memorandum, it is

**ORDERED** that:

1. The motion (Doc. 522) to amend the sentencing order and the PSR is denied.

2. The Clerk of Court shall file a second amended judgment in a criminal case.

3. The second amended judgment shall strike the following language from the first amended judgment: "The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer."

4. The Clerk of Court shall replace the stricken language with the following language from the original judgment in a criminal case (except for the statutory citation): "The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. 20901 *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration

agency in which he or she resides, works, is a student, or was convicted of a qualifying offense."

5. In all other respects, the second amended judgment shall be the same as the first amended judgment.

s/ John E. Jones III  
John E. Jones III  
United States District Judge